United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOLIN,

          Plaintiff,

    v.

WARDEN,

          Defendant.

Case No. 24-cv-00233-JSW

**ORDER OF TRANSFER**

Petitioner, a California prisoner proceeding without an attorney at the California Medical Facility in Vacaville, California, filed a "notice of independent action" seeking relief from a criminal judgment out of Kern County Superior Court. In light of the relief sought, Court construes this filing as a petition for a writ of habeas corpus under 28 U.S.C. § 2254.

A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice. *See id.* Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 768 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

//

//

Kern County and Vacaville (in Solano County) are both located within the venue of the Eastern District of California. *See* 28 U.S.C. § 84. Accordingly, in the interest of justice, this case is TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: January 18, 2024

JEFFREY S. WHITE
United States District Judge

2